No. 91–7882.  PARKER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–7883.  LUNA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–7884.  MITCHELL, AKA JONES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–7885.  BRADIX v. UNITED STATES (two cases).  C. A. 9th Cir.  Certiorari denied.

No. 91–7888.  KIBA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–7892.  BAILEY v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–7895.  CHURCH v. HUFFMAN, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–7896.  MUMIT, AKA BRYANT v. UNITED STATES PAROLE COMMISSION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–7898.  ROGERS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–7899.  CHAPPELL v. UNITED STATES (two cases).  C. A. 7th Cir.  Certiorari denied.

No. 91–7900.  McGHEE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–7903.  BYROM v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–7904.  SOLIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–7905.  BULLOCK v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 91–7906.  TUCKER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–7911.  JUDGE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.